Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
JUN 11 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ J.T. _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Texas__
__San Antonio__ Division

Case No. **SA24CA0647 JKP**
(to be filled in by the Clerk's Office)

__Stacey Bernard Martin__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__The City of Las Vegas, et al__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) __"Attached"__

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Stacey Bernard Martin |
| Street Address | 119 Dobbs |
| City and County | San Antonio, Bexar County |
| State and Zip Code | Texas 78237 |
| Telephone Number | Ph: (210) 589-0434 |
| E-mail Address | staceybmartin1970@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

# COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

### A. The Plaintiff

Stacey Bernard Martin
119 Dobbs
San Antonio, TX 78237
Ph: (210)589-0434
Email: staceybmartin1970@gmail.com

### B. The Defendants

**#1. The City of Las Vegas**
Las Vegas City Hall
495 S. Main St.
Las Vegas, Nevada 89101

**#2. Linda Marquis**
Family Court Judge
601 N. Pecos Rd.
Las Vegas, Nevada 89155

**#3 Dalia Marina-Hunt**
Legal Aid Center of Southern Nevada, Inc
725 E. Charleston Blvd.
Las Vegas, Nevada 89104
Ph: (702) 386-1548

**#4. Legal Aid Center of Southern Nevada, Inc**
725 E. Charleston Blvd.
Las Vegas, Nevada 89104
Ph: (702) 386-1548

2

#5. Cameron Brown
Christopher P. Ford
Tony T. Smith
Attorneys at Ford Friedman Law Firm
2200 Paseo Verde Parkway, Ste. 350
Henderson, Nevada 89052
Ph: (702)476-2400

#6. Kimberley B. House
Bar No: 24081852,
2525 Robinhood, Houston, TX 77005
Ph: (346)978-8274
Email: Kimberlyaevans@gmail.com

#7. Kassandra Levay Child Advocacy
Access Services,
202 East Park Avenue
San Antonio, Texas 78212

#8. Tonja Michelle Ochonma
394 John Law Ln.
Henderson, Nevada 89011
Ph: (916) 600-3911

#9 . Charles Ochonma
394 John Law Ln.
Henderson, Nevada 89011
Ph: (916) 600-1815

(continued from page 3 of Complaint)

A.   **Basis for Jurisdiction Is a Federal Question**

3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

 Defendant No. 1
  Name          _____
  Job or Title *(if known)*    _____
  Street Address       _____
  City and County      _____
  State and Zip Code     _____
  Telephone Number     _____
  E-mail Address *(if known)*   _____

 Defendant No. 2
  Name          _____
  Job or Title *(if known)*    _____
  Street Address       _____
  City and County      _____
  State and Zip Code     _____
  Telephone Number     _____
  E-mail Address *(if known)*   _____

 Defendant No. 3
  Name          _____
  Job or Title *(if known)*    _____
  Street Address       _____
  City and County      _____
  State and Zip Code     _____
  Telephone Number     _____
  E-mail Address *(if known)*   _____

 Defendant No. 4
  Name          _____
  Job or Title *(if known)*    _____
  Street Address       _____
  City and County      _____
  State and Zip Code     _____
  Telephone Number     _____
  E-mail Address *(if known)*   _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

List the specific federal statutes, federal treaties, and /or provisions of the United States Constitution that are at issue in this case.

### B.1. Title 42 U.S.Code 1983 - Civil Rights Complaint Deprivation of Constitutional Rights based Upon Race and Gender

*1. The Defendants **Linda Marquis, Cameron Brown, Dalia Hunt, Christopher Ford, Tony Smith, Kimberly House, Tonja Ochonma, Charles Ochonma**, ALL maliciously and in bad faith, entered into a criminal conspiracy(an agreement of two or more people to deprive of known constitutional rights) to deprive the plaintiff, WITHOUT ANY LAWFUL JURISDICTION and WITHOUT ANY CONSTITUTIONAL LEGAL STANDING, Stacey Martin, of all his parental rights, custody and control of his son Bently Martin, for more than two years based partially upon his race as an African American and his gender as a male, violating his Civil Rights under title **42 U.S.C. 1983** and the Constitution under the Fifth and Fourteenth Amendment. And violating criminal laws of both Texas and Nevada against child custodial interference, false imprisonment of a minor, unlawful restraint and kidnapping.*

*2. The Defendants **Cameron Brown, Dalia Hunt, Christopher Ford, Tony Smith, Linda Marquis,, Tonja Ochonma, Charles Ochonma,** ALL conspired together to interfere with the plaintiff's child custody, kidnapping his son by refusing to return him back to the lawful parent, the plaintiff, and fabricating knowingly fraudulent lies, defamatory statements and racially and gender stereotypical tropes against him in all their pleadings submitted to a Las Vegas Court against him WITHOUT ANY JURISDICTION, and WITHOUT ANY CONSTITUTIONAL LEGAL STANDING, violating every single constitutional parental right he has and all his civil rights under title 42 U.S.C. Section 1983 and the US Constitution.*

*3. The Defendants **Cameron Brown, Dalia Hunt, Linda Marquis, Tonja Ochonma, Charles Ochonma,** all met and premeditated to agreed to kidnap the plaintiffs son by refusing to return him back to his father, concealing him in Nevada, detaining and restraining him against the plaintiff's will, thus depriving him of his parental rights, defaming his*

4

character based upon his race and gender then conducting several elaborate kangaroo court hearings fully aware they lacked *ANY JURISDICTION IN NEVADA, ANY LIBERTY INTEREST and WITHOUT ANY CONSTITUTIONAL LEGAL STANDING*, which deprived him of custody of his son for over 2 years inflicting cruel, barbaric, inhumane, and unusual punishment upon him with no due process in violation of his **Eighth Amendment Constitutional Rights and civil rights under title 42 U.S.C. Section 1983;** *Equal Protection of the Law Clause; Title 42 USC 1983; Title 18 USC 241 and 242 and both State and Federal laws.*

**4.** Defendants Tonja Ochonma, Charles Ochonma, Linda Marquis, Dalia Hunt, Christopher Ford, Cameron Brown and Tony Smith ALL premeditated a conspiracy to destroy the relationship between the plaintiff and his son, Bently Martin, by filing and issuing court orders of no contact between the plaintiff and his son; filing false police reports against the plaintiff to prevent him from access to his son; unlawful restraint and kidnapping of plaintiff's son; exploiting the plaintiff's race and gender as threatening playing on the historical racial tropes about black men; libel and defamation of character; all violating the plaintiff's constitutional and civil rights with the ultimate objective to deprive him of physical custody of his son.

---

### **NEVADA SUPREME COURT REVERSAL**

(The Nevada Supreme Court reversed and overturned the case mentioned above for lack of jurisdiction and ruled that the court erred and violated the plaintiffs constitutional rights now going on more than 2 years) *(Nevada Supreme Court Reversed and Remanded Guardianship Compelling Defendant Linda Marquis to Conduct UCCJEA hearing on June 16, 2023 that the Plaintiff demanded August 29, 2022)(Attached Reversal Order)*

### **FINDINGS OF TEXAS COURT**

Courts found that Tonja Ochonma and her Husband Charles Ochonma wrongfully and unjustifiably retained the plaintiff's son in Nevada with the objective of

5

seeking Nevada forum for guardianship.(that is kidnapping and child custodial interference)

   Court also found that the Ochonmas refused to return the plaintiff's son back to his physical custody upon the many demands by the plaintiff.

Courts rejected the defendants entire defense and testimony as uncredible.

    **5.** The defendants *Cameron Brown, Dalia Hunt, Christopher Ford, Tony Smith, Linda Marquis,* violated clearly established laws and acted maliciously, in bad-faith and they <u>are not entitled to qualified immunity</u>. The Plaintiff asserts that he is challenging the doctrine, which is not a law, of qualified immunity as fundamentally unconstitutional, having no basis in law and fundamentally designed to allow dirty government officials to evade accountability for their bad acts.

Plaintiff also asserts that juries, not judges, must decide if defendants acted criminally and are liable, and the Plaintiff will challenge any judge of any court that tries to assert qualified immunity on behalf of the defendant's bad faith actions as a defense justification for the defendants and their bad behavior.

6. The defendants **DALIA HUNT**, using her resources from Southern Legal Aid Foundation was working in corresponding conspiracy with her staff and with judge **LINDA MARQUIS extensively to fix this case so as to give the Ochonmas guardianship**, attorneys **CAMERON BROWN, TONY SMITH, CHRISTOPHER FORD and the OCHONMAS, retaliated against the plaintiff for his outspokenness against their criminal behavior and for the plaintiffs insults against them via** issuing of multiple temporary guardianships and restraining orders as a strategy to retain plaintiff's son in Nevada, to Tonja Ochonma and her husband, NON-PARENTS WITH NO CONSTITUTIONAL LEGAL STANDING, WITH NO JURISDICTION , NO LIBERTY INTEREST at all but is a kidnapper, infringed upon and violated ALL the plaintiff's Constitutional Parental Rights and Civil Rights guaranteed under the Constitution.

6

**7.** *The Defendants* **Cameron Brown, Dalia Hunt, Christopher Ford, Tony Smith** *all made contact with each other and with the judge,* **Linda Marquis**, <u>outside</u> *of the courtroom and before the unconstitutional hearings in* **Las Vegas from Aug. 29, 2022 to Dec. 5, 2022 and beyond**, *and ALL agreed to deprive the plaintiff of custody of his son without any lawful jurisdiction; by refusing to have a* **UCCJEA** *hearing with* **Texas Court, then lied persistently about it,** *for more than a year in order to prolong his son's stay in Nevada; while being aware that the plaintiff is the lawful parent; by agreeing to ignore the* **Texas Custody Order** *for the plaintiff; by presenting false, defamatory statements and lies against the plaintiff; thus violating his constitutional rights to parent under the Constitution.*
**Due Process of Law; Equal Protection of the Law Clause; Civil Rights Statute and other State and Federal Laws. (Attached Texas Court Order Sept. 7, 2023 Judge Richard Garcia)**

**8.** *The Defendants* **Tonja Ochonma, Charles Ochonma actions of** *unlawfully and unjustifiably denying him access to take physical possession and control of his son and confined him to the Las Vegas Area for over 2 years, constituted false imprisonment of a minor, kidnapping of minor, conspiracy to kidnap a minor, conspiracy to interfere with child custody, for two years which also violates plaintiff's Civil Rights, Constitutional and Parental Rights, state and federal laws. An especially on* **August 18th, 2022** *when the plaintiff physically came to Las Vegas, accompanied by 3 Las Vegas Police Officers, to pick his son up due to the Defendant Tonja Ochonma's refusal to return his child to Texas back to the plaintiff violated the Plaintiff's Parental Constitutional and Civil Rights, Due Process of Law, Equal Protection of the Law, and both Federal and State criminal laws against kidnapping and child custodial interference.*

**9.** *Defendant* **Linda Marquis actions of** *(a) maliciously lying against the plaintiff,(b) knowingly conducting mocking kangaroo court hearings against the plaintiff where she already had determined her unconstitutional decision;(c) issuing court orders she knew she has no jurisdiction to issue and were fundamentally unconstitutional ; (d) defaming the plaintiffs character based on race and gender; (e) alienating the parent deliberately from his child; (e) defying her own superior Supreme Court of Nevada by Reissuing guardianship to Tonja Ochonma "after the the Supreme Court of Nevada REVERSED N OVERTURNED the guardianship as unconstitutional" ; (f) violating clearly established constitutional laws*

governing parents rights: **(g)** refusing to return the plaintiff's son back to the plaintiff, his father; and violating multiple civil and criminal laws. Judge Marquis has acted in extremely bad faith, ill will, and criminally and IS NOT ENTITLED TO QUALIFIED IMMUNITY and a jury-not a judge- should make the decision to prosecute and hold her accountable for her bad actions.

10. Defendant **Linda Marquis actions of** shielding and ignoring their criminal behavior of the Attorneys Dalia Hunt, Christopher Ford, Cameron Brown, Tony Smith and the Ochonmas constitutes Linda Marquis's aiding and abetting the open criminal behavior of kidnapping, perjury, conspiracy to kidnap, provide dishonest services, not being impartial, and implicated the judge's involvement in the crime of sanctioning the kidnapping the plaintiff's son. Thus, violating the Plaintiff's Constitutional and Civil Rights (and criminal law) the **Civil Rights Act (42 USC Section 1983), title 18 section 241, 242 of deprivation of rights under color of law,** conspiracy against rights and other federal and state criminal and civil laws.

11. The defendants, Tonja Ochonma and Charles Ochonma, conspired and forced the plaintiff's minor son to testify in court in Las Vegas Nevada and make a statement in court and lie and say that his father gets angry and he wanted to stay in Nevada. These disgusting grifting individuals used the plaintiff's minor son to lie for them in court violating every parental right the plaintiff has and the Civil Rights Statute the rules of every court and crossed into State Criminal laws.

---

**TEXAS ASSERTS LAWFUL JURISDICTION OF PLAINTIFF'S SON**

1. On **August 29, 2023**, Texas Judge, Richard Garcia, attended UCCJEA Hearing conducted by Linda Marquis upon Order from the Nevada Supreme Court, the Texas Court asserted that Texas has exclusive continuing jurisdiction of the case **(As the Nevada Supreme Court had Ruled June 16, 2023)** and over the plaintiff's son, Bently Martin, and

8

*Texas declined Nevada ALL jurisdiction of Plaintiff's son and declined the entirety of Dalia Hunt's unconstitutional argument as archaic.*

*2. After the hearing, <u>Linda Marquis conspires with Dalia Hunt to call the Judge GARCIA in Texas, as she did in Nevada, and asks him what could she do to change his ruling and violate his oath of office and change his decision so they could escape the legal consequences of all their illegal action and let them have jurisdiction in Nevada, was an attempt to bribe the Texas Judge (like the Ochonmas did judge Marquis) in violation of our laws in Texas in order to further their conspiracy to retain the Plaintiff's son in Nevada. The Staff Attorney for Richard Garcia will be a testifying witness for the plaintiff about the unconstitutional and unprofessional call.</u> The Staff Attorney informed her that that was improper and a violation of our court rules and laws here.*

*3. Plaintiff filed **Writ of Habeas Corpus** in **October 2023** for the Defendant Tonja Ochonma to appear in person in Bexar County 166th Court with plaintiff's son.*

*4. **Order for Issuance for Writ of Habeas Corpus** was granted by **Judge Tina Torres** ordering the Defendant **Tonja Ochonma** to return the Plaintiff's son to Texas Court on **November 7, 2023**. Defendant Tonja Ochonma refused to appear on the date with the Plaintiff's son and she had notice that was certified and the Plaintiff called the Henderson Nevada Constable office and they told her personally she had to be in the Texas Court and she refused to appear.*

*5. Plaintiff filed another **Issuance for Writ of Habeas Corpus on November 7, 2023** which was granted by **Judge Chapa** and the Defendant Tonja Ochonma was **Ordered to appear November 20, 2023 in Texas Court.** Defendant failed to appear in person with the Plaintiff's son as ordered by **Judge Chapa**. Instead appeared by zoom with **Attorney Kimberly Evans** thus defied the Habeas Writ.*

*6. Her Attorney Attempted to delay and prolong the case. Plaintiff objected and the hearing continued.*

*7. On **November 20, 2023** before **Judge Christine Hortick**, the Plaintiff was told by the Judge that there was nothing legally preventing him from going to Nevada to get his son. **Judge Hortick** made these uninformed remarks and didn't know anything else about the history of this case.*

***8.** Plaintiff informed the court that he was afraid to go to Nevada because of the elaborate efforts by his sister to get him in confrontation with the police and the money and corrupt officials involved in the case from Nevada.*

9

*9.* However, Plaintiff asserted he would go the next day with court fully aware of the details and to order the OCHONMAS to make his son available and coordinate with the police to apprehend his son.

*10.* Unfortunately the Plaintiff cannot just go and get his son as a black man due to the racist politics of this issue no matter what the laws says that he has those rights. Social cultural depictions of black men will always be portrayed as threatening without any evidence and attorneys exploit that racial trope as in this case.

*11.* After Plaintiff informed the Judge of his intentions, later that same day, defendants attorney **Kimberly Evens filed a Temporary Restraining Order to Prevent the Plaintiff from going to get his son.**

*12.* She lied to the Judge and told the judge that the Plaintiff was a violent man, abusive to his son and a danger to his son "WITHOUT" any evidence in order to defraud the court into further interfering and continuing the kidnapping of his son and granting her restraining order.

*13.* Kimberly Evens House then made herself a part of the case and lied in open court and told the Judge that the Plaintiff threatened to harm her and verbally abused her in front of the police officers at the courthouse. It was investigated and judge Alvarado concluded after talking to the officer that the plaintiff never threatened nor abused her in any way. She is just a racist pathological liar. But she's not punished at all.

*14.* Judge Hortick then issues a TRO on behalf of a nonparent without any lawful legal standing and no evidence and defers to the kidnappers of the Plaintiff's son thus further depriving the Plaintiff of all his parental rights of custody and control of his son to his kidnappers.

*15.* The Plaintiff clearly articulated to Judge Hortick that under United States Supreme Court Constitutional Law, the State Court Could not deny custody of my son to a Non-Parent in the absence of any abuse or neglect citing **Troxel v.Granville**, which the Judge wasn't familiar with even though she pretended she was.

*16.* Plaintiff told the judge that He was the victim of a kidnapping of his son and that Judge Richard Garcia had already ruled his son was **"wrongfully, unjustifiably retained"** in Nevada constituting child custodial interference.

*17.* Plaintiff informed the Judge that he is a victim of racial discrimination, equal protection of the law violation and fraud by the lying attorney **Kimberly Evans** feeding the racial stereotypical trope that black men like the Plaintiff don't have parental rights that are to be respected by the court. She lied and said he was violent towards her and threatened her in

10

*front of court police officers in the hallway in the courthouse which is an incredible outlandish lie debunked by Judge Alvarado.*
**18. Kimberly Evans** *lied to* **Judge Hortick, Judge Alvarez and Judge Alvarado** *in the courthouse that she went before and said the plaintiff was violent, threatened her and was abusive to her in order to secure her court order thus making herself a part of this case. She did so because the plaintiff is an African American male well erudite in litigation and vocal about civil and constitutional rights.*

### *DEC. 5, 2023 HEARING*

**19.** Plaintiff cross-examine the defendant Tonja Ochonma and Judge Alvarado found her testimony 100% uncredible and that she did not believe a word she said.
**20.** The Plaintiff and his family witnesses were accepted as 100% credible and the Judge ordered Texas Reunification of the plaintiff's son back with him. Unfortunately the plaintiff totally disagrees with the process because it allows the Ochonmas to retain custody of the plaintiff's son which is totally unconstitutional. Plaintiff beheld that as unbelievable.
**21.** The Supreme Court allows governments to interfere with parents only in the cases of Abuse and Neglect. And the Supreme Court stated that there must be "sufficient showing of that neglect and abuse." In this case there is none. Leaving the defendants with no defense to the plaintiff's claims.
**22.** The

### Statement of Case

1. I am Stacey Bernard Martin and I live in San Antonio Texas.
2. I do not use any drugs, drink any alcohol and I have no pending criminal cases pending against me and have not had any since the year of 1990, more than 32 years ago.
3. Bently Jehoshaphat Martin is my biological Son and was born in San Antonio, Texas. I am the sole legal Parent of my son and I am legally the Permanent Managing Conservator (Permanent Sole Custodian) with All Parental Rights granted to me on December 10th, 2012 by the 166th Judicial District Court of Bexar County, Texas by The Honorable Judge Charles Montemayor.
4. My Son has lived with me since I have had custody and no one else has ever had custody of my son except me.

11

5. I have consistently provided Shelter, Food, Medical Care, Education and all of the financial needs and other needs for my son.
6. I granted my dear Mother a Power of Attorney to act on behalf of my son's care when I was gone working and out of town, and for school purposes because I worked long hours and my mother and son had a great relationship. She lived in San Antonio, Texas. And My Mother never had Legal Custody of my son and I have never lost my Parental Rights in any type of preceding ever.
7. My Sisters who live in Las Vegas, Nevada and Sacramento, California conspired at some point to mislead me into allowing my son to come stay in Vegas for a couple of months after my mother died to help him grieve. I didn't realize they were actually planning to lure him there and not return him back to Texas back to my custody.
8. My son, my girlfriend, my family and family friends in San Antonio, TX have known my son all of his life and have consistently known and been in his life here in San Antonio, Dallas, East Texas, and Texas in general.
9. I have had good relations with all my Brothers, My sisters except Sharon Martin, and that is because she is a religious fanatic, conspiracy theorist, and a cult mannered person.
10. After I gave my sister a **Power of Attorney** we went to Vegas with my sister Tonja Ochonma, in October 2021 so she could legally be empowered to do what she needed to do for my son till after Xmas when he'd return sometime after that. I stayed a few days there in Vegas with my son and made sure he had everything he needed before I went back To Texas. Rebuilding and keeping my family together was/is my objective and being there.
11. I asked my sister how much money she needed or whatever she needed before I left for my son till he came back To Texas. She stated that her and her husband make over $200k a year and that not to worry that they'd take good care of him til I returned or he returned back to Texas. I returned to Texas.
12. My sister asked me if I would give her guardianship so she could put my son on her insurance plan because she had some non cash benefits. I told her hell no.
13. Everything appeared normal considering the times facing our family.
14. November and December 2021 were ok but I kept having to get on my sister to get the covid vaccine for my son and for herself. She swore she was gonna get it and kept procrastinating. I started to get frustrated about it because our mom had just died from Covid, and here she is not taking it seriously.

12

15. Early January 2023 my cousin Larry Menefee died. I informed my sister to bring my son back when she came to his funeral. She never showed up. He lived in East Texas. I did the services with my cousin.
16. Things between me and my sister got hostile and there was less communication and my son isn't getting my phone calls. I didn't know at the time but my sister had some sort of wiretapping device put on his phone recording and listening to my conversations between me and my son.
17. **February 27th, 2022, our Uncle Johnny Martin** died. He was the last living brother my mom had. I told my brother Michael Martin to tell Michelle to bring my son back to Texas when she came to Uncle Johnny's funeral. She never showed up.
18. Now I know she was deliberately keeping him from my control and in Vegas for the 6 months to file for guardianship under the UCCJEA.
19. I was thinking of a way I could get my son back without having to contact the police and risk potentially putting my sister in jail.
20. **March 16th, 2022 my Aunt Ella died**, my Uncle Johnny's wife. I told my brother Michael to tell his twin sister Michelle, Tonja, to bring my son back at Aunt Ella's funeral. She didn't show up to her funeral either. I realized more that she was up to something real sinister.
21. She started to scheme with some attorneys to deny me access to my son when I came.
22. **On August 18th, 2022**, I got to Vegas, called the police and met them at a gas station. Presented them with my ID, my court order, both my son's SS #, his birth certificate, Court Order Granting me Permanent Custody, pictures of me and my son and daughter, to prove who I was. They confirmed the information and we went to Tonja's house. The police told her the father is here to pick up his son and ask if he was there. She said he wasn't there. They asked where he was and she said school. The police ask what school he was at. She told the police that she couldn't tell them because it was a private school. The police said the father is here to pick up his child and he has a custody order. She told the police that her lawyer told her she didn't have to tell them where he was.
23. The police apologized and told me that my sister was being very evasive and up to something and that something isn't right about this whole situation. They told me that they can't remove the child by force because they didn't know where the child was. I realized that going through the court to have my custody order enforced was the only way to get my son out of her house.

13

24. I turned my car in at enterprise and went back to the airport out of fear she would scheme something up to try and have me harmed under false pretense.
25. While at the airport, I get a call from a police officer asking me my whereabouts. I told him I was at the airport. He asked me if I was sure. I said yes and I gave him my flight # and the itinerary and he said he was relieved I was there because he said my sister called them and reported that I threatened to kill her and her husband, and that they saw my car driving around her house at the same time I was at the airport waiting on my plane to arrive. I never threatened her and that was an attempt to try to get me caught up with a violent and possibly deadly confrontation with the police, thus getting me out of the way. The call to the police was a cover and front for her sinister plan that ultimately crumbled.
26. She filed in court for guardianship after she knew I was coming.
27. Her Petition for Temporary Guardianship was not in the Texas Court, but in Nevada outside the Jurisdiction of Texas.

28. My sister presented the Court in Las Vegas with a series of lies that are previously mentioned.
29. *The Judge, Linda Marquis, held a hearing on **August 23rd, 2022**; On **September 13th, 2022** and on **December 5th**, and granted guardianship to Tonja. At every hearing I told the judge that this court does not have jurisdiction, and that Texas does. And request for a UCCJEA conference with the Texas Judge intervene on my behalf and clear this up. She refused to have the hearing and ignored my request for the hearing. Issued a no contact order with my own son.*
30. *I appealed the case **Pro Se to the Nevada Supreme Court** on multiple grounds in **January 2023** and in **June 2023 the Nevada Supreme** reversed and remanded the case stating that the Nevada Court erred in granting guardianship and lacked any jurisdiction to issue any court order granting custody and that only Texas has jurisdiction.<u>(attached is the Order of Reversal)</u>*
31. ***August 29,2023*** *Texas District Court Judge Garcia Ordered that Texas took jurisdiction of the custody case and cited that Tonja Ochonma's conduct was "wrongful and unjustifiable" and that she "wrongfully retained and secreted" my son in Nevada for the purposes of getting guardianship. This is kidnapping. <u>(attached is orders</u>)*
32. *The **Petition for Writ of Habeas Corpus** and the **Order for Writ of Habeas Corpus** has been granted.*

14

> 33. *Kimberly House's lies against the plaintiff in court and Kassandra Levay conspiracy with House to derail the return of his son by calling the police and terminating a visit by my son which is unconstitutional, but I went along with it like any dad would to get his son. She provided no justifiable reason to terminate the visit thus interfering with my parental rights and conspiracy to sabotage the reunification of my son back to me simply out of racism and just ill hatred.*

### Conclusion

This Lawsuit is not a challenge to the conclusions made in any of these hearings and case that Tonja Ochonma filed in Las Vegas or in any case, but it is a challenge against the illegal, unlawful procedures, the constitutional jurisdictional violations, the nefarious plans to eliminate the father out of his own son's life for good, the criminal and civil violations, and violations of all the statutes that all the defendants committed in arriving to those conclusions.

The Nevada Supreme Court Reversed the entire case as unconstutitional and all the findings in the Texas Courts have been found to be unconstitutional. The defendants have no defense to the constitutional claims and the Nevada Officials are not entitled to qualified immunity because they knowingly and deliberately violatedclearly established constitutional law. The allegations made in this case are both civil and criminal and the officials involved are potentially members of the Las Vegas State Judiciary, Law Firms, Hospitals, etc and no one is above the law in this Country and these defendants and officials must be brought to justice for their crimes.**CASE NO: G-22-057053-M Dept. NO: B**

### Damages

**Punitive Damages**

Enter a judgment of **$100 million** against **Linda Marquis, Dalia Hunt, Cameron Brown, Christopher Ford, Tony Smith, Tonja Ochonma, Charles Ochonma, Dalia Hunt, Kimberly Evans House, Kassandra Levay,** as punishment against the defendants for the multiple constitutional and civil rights violation of the Plaintiff, Stacey Martin's, Rights. And their openly pompous criminal behavior.

15

**Exemplary Damages**

Enter a judgment of **$40** million collectively against **Linda Marquis, Dalia Hunt, Cameron Brown, Kimberly Evans House, Kassandra Levay, Christopher Ford, Tony Smith, Tonja Ochonma, Charles Ochonma** to make an example of these officials and individuals who clearly violated their oath of office and made a mockery of our system of justice. And for the multiple constitutional and civil rights violation of the Plaintiff, Stacey Martin's, Rights.

**Compensatory Damages**

Plaintiffs request a competent, unbiased and unbiased federal jury to assess the amount of monetary compensation against all of the defendants. But the Plaintiff requests an amount that will send a clear message that this type of disrespect towards our rights as parents will not be tolerated.

**Attorney Fees**

Award the Plaintiff attorney fees in the sum of $1 million for the research, preparation and prosecution of this civil action and all the legal filings he has had to prepare since the beginning of this entire case both in Nevada and Texas.

**Disbarment of Attorneys**

The Plaintiff requests specifically the permanent disbarment of Attorney and Judge Linda Marquis, Attorneys Dalia Hunt, Tony Smith, Christopher Ford Cameron Brown, Kimberly Evans House, from practicing law in any State due to their open engagements with the Ochonmas in criminal behavior, unconstitutional practise, racial bias providing dishonest services to the public and violating all the plaintiff's constitutional and civil rights in this case.

**Criminal Referral**

The plaintiff request's this court refer this case also to the Department of Justice for criminal prosecution against all the said defendants and to the U.S. Attorney's office.

16

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"Attached"

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Attached

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 11, 2024

Signature of Plaintiff: *[signed]* Pro Se

Printed Name of Plaintiff: Stacey B. Martin

#### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____