FILED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

NOV 1 8 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**STACEY BERNARD MARTIN**

*Plaintiff*

**V.**                              **No. SA-24-CV-00647-JKP**

**THE CITY OF LAS VEGAS, CITY**
**HALL; JUDGE LINDA MARQUIS,**
**DALIA MARINA-HUNT, LEGAL AID**
**CENTER OF SOUTHERN NEVADA, INC.,**
**ATTORNEY CAMERON BROWN,**
**FORD FRIEDMAN LAW FIRM;**
**ATTORNEY CHRISTOPHER P. FORD,**
**FORD FREIDMAN LAW FIRM;**
**ATTORNEY TONY T. SMITH,**
**FORD FREIDMAN LAW FIRM; KIMBERLY**
**B. HOUSE, KASSANDRA LEVAY, CHILD ADVOCACY;**
**TONJA MICHELLE OCHONMA, CHARLES OCHONMA,**

*Defendants*

## SECOND MOTION FOR DEFAULT JUDGMENTS

I.   Plaintiff, Stacey Bernard Martin, Pro Se, motions this court to issue an Order of Default against the named defendants below and determine the relief sought by him against the named defendants. Overwhelming evidence has previously been presented that the defendants have been served with the above civil action numerous times over via certified mail and by law enforcement servers and they refuse to answer the civil suit. The refusal is deliberate and intentional.

II.  And attached is the civil process of service by the CONSTABLE'S OFFICE of HENDERSON TOWNSHIP in Henderson, Nevada. The attached proof of service

1

should be sufficient to proceed against the defendants with default or and allow the Plaintiff to file for Partial Summary Judgment on the Denial of Due Process that caused irreparable injury, and cruel, unusual and inhumane treatment claims. Plaintiff will seek the court's permission to file.

III.    Plaintiff has asserted with persuading evidence that the named defendants are involved in organized racketeering in which the  Defendants Linda Marquis, Dalia Hunt and others involved received kickbacks through the Ford Freidman Law Firm, The Legal Aid of Southern Nevada,  and other law firms in exchange for favorable judgments which is what occurred in this above civil action. The defendants are refusing to answer on the grounds that they will and have already incriminated themselves providing additional evidence of racketeering, violating the criminal RICO Statute.

IV.    The plaintiff can prove with witness testimony and evidence that all of the defendants agreed to fabricate a series of lies, defamatory statements, falsehoods, etc to deny due process and inflict irreparable injury upon the plaintiff, his minor son and his family. And that the exchange of money was ultimately one of the driving forces for the judicial officers discretion.

**Attached are Exhibit A of additional proof of service.**

As an additional note, the one civil rights case that stands out that is very similar to this case is ***Wallace v. Powell,*** Civil Action No. 3:09-CV-286 (US Dist. Ct. Middle District. Pennsylvania, 2022) in which two judges, now convicted felons and prisoners, sent juveniles to prison and got over $2.8 million dollars in kickbacks from a law firm, children's protection services organizations whose jobs it was to protect the children, construction companies,administrative officials of justice , etc. ***Wallace v. Powell,*** Civil Action No. 3:09-CV-286 (US Dist. Ct. Middle District. Pennsylvania, 2022)

And in that Civil Rights Lawsuit filed under Title **42 U.S.C. Section 1983**, both Judges **Mark A. Ciavarella and Michael T. Conohan** were found liable for **Due Process Violations and Racketeering** under the **RICO Act** after the judges were also criminally indicted in 38 counts of racketeering which is totally insane, and judgments of more than $206 million dollars in compensatory and punitive damages were awarded to more than 300 children, and more than 4,000 cases were thrown out that these two disgraced judges, now inmates in federal prison, had presided over. Believe it or not, this was just the tip of the iceberg. Keep in mind that a judgment of default was entered against the two judges after they refused to answer the civil rights lawsuits as they arrogantly asserted that they had judicial immunity and could not be sued under the Civil Rights Act.

### Requested Action

The Plaintiff requests this court should enter a judgment of default on the named defendants, especially on Charles Ochonma, Tonja Ochonma, Christopher Ford, Tony Smith, Cameron Brown, Kassandra Levay and Kimberely Evans House, the court should determine and  grant the plaintiff the requested relief that justice demands.


/s/

**Stacey Bernard Martin**
**119 Dobbs**
**San Antonio, TX 78237**
**Ph:(210) 589-0434**
**Email:  staceybmartin1970@gmail.com**


### CERTIFICATE OF SERVICE


I, **Stacey Bernard Martin**, do swear or declare that on this date of **18th Day of November 2024,** I have filed this **SECOND MOTION FOR DEFAULT JUDGMENTS** in person at the Federal Courthouse. A copy of this motion has been mailed to all the defendants this day.

Tonja Ochonma
Charles Ochonma
394 John Law Lane
Henderson NV 89011

Ford Freidman Law Firm
2300 Paseo Verde Parkway, Ste. 350
Henderson, NV 89052

Kassandra Levay
Access Services
202 E. Park Ave
San Antonio, TX 78212

3

# EXHIBIT A

# Proof of Service By Constable's Office

HNTC 13963

## CONSTABLE'S OFFICE of HENDERSON TOWNSHIP
### Kenny Taylor, Constable
**243 Water Street Henderson, NV 89015**
**Phone 702-455-7940 Fax 702-455-7942**

## CIVIL PROCESS FORM

### PLEASE COMPLETE THE FOLLOWING INFORMATION ABOUT THE PERSON OR COMPANY WE ARE SERVING:

**NAME & TITLE OF PERSON TO BE SERVED:** If a company or corporation please provide the name of the owner, corporate officer, or resident agent.

| | |
|---|---|
| Type: | COMPLAINT CIVIL |
| Case # | SA24CA0647JKP |
| Fee Total: | 80 00 |
| Court Date: | N/A |

**NAME OR BUSINESS TO BE SERVED:**
Tonja Michelle Ochonma

**HOME or BUSINESS ADDRESS (Apt #, Suite #, Zip Code):**
394 John Law Lane, Henderson, Nevada 89011

**EMPLOYER & EMPLOYER ADDRESS:**
Seven Hills Behavioral Institute

**BEST TIME TO SERVE @ HOME:** 3-11 pm ___ A.M. P.M. **@WORK** unsure ___ A.M. P.M.

**PHONE NUMBER OF PERSON TO BE SERVED: HOME** (916) 600-3911 **WORK** 702-947-2650
**DESCRIPTION**

**RACE** B **SEX** F **HEIGHT** 56 **WEIGHT** 160 **HAIR COLOR** B **EYES** B **AGE** 52

**VEHICLE** unsure; she's evading police; renting different cars
**YEAR** ___ **MAKE** ___ **BODY STYLE** C **COLOR** ___ **PLATE #** ___ **STATE** ___

**OTHER INFORMATION TO HELP US SERVE THE DEFENDANT:**
Her and her husband kidnapped my son and refused to return him.

**PLAINTIFF'S DAY PH#:** 210 589 0434 **CELL PH#:** 210-589-0434
**PLAINTIFF'S NAME** Stacey Bernard Martin
**ADDRESS** 119 Dobbs, San Antonio, Texas 78237

---

**Defendant Info (person to be served)** | **Plaintiff Info** | **Deputy Worksheet**

**DEPUTY ASSIGNED:** LVM **DATE:** ___ **(DO NOT WRITE BELOW THIS LINE)** OCT 08 2024

1. **DATE:** 10/10/2024 **TIME:** 0735 **LOCATION:** 394 John Law Ln, Henderson, NV 89011
2. **DATE:** ___ **TIME:** ___ **LOCATION:** ___
3. **DATE:** ___ **TIME:** ___ **LOCATION:** ___

**REASON FOR NON-SERVICE:** ___

**NEW ADDRESS INFO:** ___

**PERSON ACCEPTING PRINT and SIGN** Charles Ochonma Refused to Sign; BMA, 5'6"-5'8", 180-200 Black Hair, Glasses

AO 440 (Rev. 12/09)   Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  *TONJA MICHELLE OCHONMA*
was received by me on *(date)*  *10/08/2024*

☐ I personally served the summons on the individual at *(place)*  *394 JOHN LAW LANE,*
*HENDERSON, NV 89011*  on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  *CHARLES*
*OCHONMA*, a person of suitable age and discretion who resides there,
on *(date)*  *10|10|2024* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  *10|10|2024*

*Charles Lum*
Server's signature

*CHARLES LUM, DEPUTY P #43*
Printed name and title

*243 S. WATER ST, HENDERSON, NV 89015*
Server's address

Additional information regarding attempted service, etc:

Rev. Ed. October 26, 2017

48

HNTC __13963__

## CONSTABLE'S OFFICE of HENDERSON TOWNSHIP
### Kenny Taylor, Constable
### 243 Water Street Henderson, NV 89015
### Phone 702-455-7940 Fax 702-455-7942

## CIVIL PROCESS FORM

**PLEASE COMPLETE THE FOLLOWING INFORMATION
ABOUT THE PERSON OR COMPANY WE ARE SERVING:**

**NAME & TITLE OF PERSON TO BE SERVED:** If a company or corporation
please provide the name of the owner, corporate officer, or resident agent.

| | |
|---|---|
| Type: | COMPLAINT CIVIL |
| Case # | SA24CA0647JKP |
| Fee Total: | 80 00 |
| Court Date: | N/A |

**NAME OR BUSINESS TO BE SERVED:**
Charles Ochonma

**HOME or BUSINESS ADDRESS (Apt #, Suite #, Zip Code):**
394 John Law Lane, Henderson, Nevada  89011

**EMPLOYER & EMPLOYER ADDRESS:**
Southwestern Bell

**BEST TIME TO SERVE @ HOME:** anytime _____ A.M. P.M.  **@WORK** works from Home _____ A.M. P.M.

**PHONE NUMBER OF PERSON TO BE SERVED: HOME** (916) 600-1815  **WORK** (916) 600-3911
**DESCRIPTION**

**RACE** B  **SEX** M  **HEIGHT** 5 6  **WEIGHT** 130  **HAIR COLOR** B  **EYES** B  **AGE** 67

**VEHICLE**
Black mercedes
**YEAR** _____ **MAKE** _____ **BODY STYLE** _____ **COLOR** _____ **PLATE #** _____ **STATE** _____

**OTHER INFORMATION TO HELP US SERVE THE DEFENDANT:**
He and Ton Jr kidnapped my son and refused to return him back.

**PLAINTIFF'S DAY PH#:** (210) 589-0434  **CELL PH#:** 210 589-0434

**PLAINTIFF'S NAME** Stacey Bernard Martin

**ADDRESS** 119 Dobbs, San Antonio, Texas  78237

_Defendant Info (person to be served)_

_Plaintiff Info_

**(DO NOT WRITE BELOW THIS LINE)**

**DEPUTY ASSIGNED:** LUM  **DATE:** _____  OCT 08 2024

1. **DATE:** 10/11/2024  **TIME:** 0735  **LOCATION:** 394 John Law Ln, Henderson, NV 89011

2. **DATE:** _____ **TIME:** _____ **LOCATION:** _____

3. **DATE:** _____ **TIME:** _____ **LOCATION:** _____

**REASON FOR NON-SERVICE:**

**NEW ADDRESS INFO:** _____

**PERSON ACCEPTING PRINT and SIGN** CHARLES OCHONMA REFUSED TO SIGN; BMA, 5'6"-5'8", 180-200
BLACK HAIR, GLASSES

_Deputy Worksheet_

AO 440 (Rev. 12/09)   Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _CHARLES OCHONMA_
was received by me on *(date)* _10/08/2024_ .

☒ I personally served the summons on the individual at *(place)* _394 JOHN LAW LANE,_
_HENDERSON, NV 89011_ on *(date)* _10/10/2024_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _10/10/2024_

_____
Server's signature

_CHARLES LUM, DEPUTY P#43_
Printed name and title

_243 S. WATER ST, HENDERSON, NV 89015_
Server's address

Additional information regarding attempted service, etc:

Rev. Ed. October 26, 2017

48

HNTC _____ **13963**

### CONSTABLE'S OFFICE of HENDERSON TOWNSHIP
#### Kenny Taylor, Constable
**243 Water Street Henderson, NV 89015**
**Phone 702-455-7940 Fax 702-455-7942**

## CIVIL PROCESS FORM

**PLEASE COMPLETE THE FOLLOWING INFORMATION**
**ABOUT THE PERSON OR COMPANY WE ARE SERVING:**

| | |
|---|---|
| Type: | COMPLAINT CIVIL |
| Case # | SA24CA0047JKP |
| Fee Total: | 80ᵒᵒ |
| Court Date: | N/A |

**NAME & TITLE OF PERSON TO BE SERVED:** If a company or corporation please provide the name of the owner, corporate officer, or resident agent.

NAME OR BUSINESS TO BE SERVED: Christopher P. Ford (Tony Smith & Cameron Brown)

HOME or BUSINESS ADDRESS (Apt #, Suite #, Zip Code): Ford Freidman Law Firm

EMPLOYER & EMPLOYER ADDRESS: 2200 Paseo Verde Parkway, Ste. 350, Henderson, NV 89052

BEST TIME TO SERVE @ HOME: 8-5 Pm _____ A.M. P.M. @WORK 8-5 Pm _____ A.M. P.M

PHONE NUMBER OF PERSON TO BE SERVED: HOME 702)476-2400 WORK 702-476-2400
**DESCRIPTION**

RACE W_ SEX M_ HEIGHT N/S WEIGHT _____ HAIR COLOR _____ EYES _____ AGE _____

**VEHICLE**

YEAR _____ MAKE _____ BODY STYLE _____ COLOR _____ PLATE # _____ STATE _____

OTHER INFORMATION TO HELP US SERVE THE DEFENDANT:

He works at Ford Freidman Law Firm with his other co-attorneys

*Defendant Info (person to be served)*

PLAINTIFF'S DAY PH#: 210 589 0434 CELL PH#: 210 589-0434

PLAINTIFF'S NAME Stacey B. Martin

ADDRESS 119 Dobbs.
San Antonio, TX 78237

*Plaintiff Info*

---

**(DO NOT WRITE BELOW THIS LINE)**

DEPUTY ASSIGNED: _RUIZ_ DATE: Nelly A. Stewart | OCT 08 2024 Publica

1. DATE: 09/24 TIME: 450 LOCATION: 2200 Paseo Verde Pky 350 Hend NV 89052
2. DATE: 10/24 TIME: 0820 LOCATION: 2200 Paseo Verde Pky 350 Hender 89052
3. DATE: 10/24 TIME: 850 LOCATION: 2200 Paseo Verde Pky 350 Hend 89052

REASON FOR NON-SERVICE: Cust left in office

NEW ADDRESS INFO: _____

PERSON ACCEPTING PRINT and SIGN _____

*Deputy Worksheet*

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Plaintiff : _Stacey B. Martin_       Case Number: _SA 24 CA 0647 JKI_

Defendant: _Christopher R. Ford_

State of NEVADA     }
County of CLARK     }

Name of Server:     Deputy, _J. RUIZ P#44_ undersigned, being duly sworn, deposes and says that at the time of service, he/she was over the age of twenty-one and was not a party to this action.

Document(s) Served:     The undersigned attempted to serve the following document(s), described as:

_Civil Complaint_

Attempts:     The following is a list of attempts made to effect service:

Date/Time/Address Attempted: _10 09 24   0950   2200 Pescon Verdi Pkwy / 350_
Reason for Non-Service: _Hotel N 89052 left notice card w/ paralegal A Stewart_

Date/Time/Address Attempted: _10 10 24   0820   2200 Pescon Verdi pkwy 350_
Reason for Non-Service: _Hotel N 89052 left notice card w/ employee_

Date/Time/Address Attempted: _10 11 24   0807   2200 Pescon Verdi Pkwy 350_
Reason for Non-Service: _Hotel N 89052 left notice card in office_

[ ]     Based on the above stated facts, Affiant believes the Defendant is avoiding service.

UNSWORN DECLARATION:     Per NRS 53.045:

"I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct."

Printed Name of Deputy: _J. RUIZ  P#44_     Signature: _J. RUIZ P#44_     Date: _10 - 11 24_