UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

STACEY BERNARD MARTIN,

    *Plaintiff*,

v.                                                                     Case No. 5:24-CV-00647-JKP

THE CITY OF LAS VEGAS, CITY HALL; JUDGE LINDA MARQUIS, DALIA MARINA-HUNT, LEGAL AID CENTER OF SOUTHERN NEVADA, INC.; LEGAL AID CENTER OF SOUTHERN NEVADA, INC., ATTORNEY CAMERON BROWN, FORD FRIEDMAN LAW FIRM; ATTORNEY CHRISTOPHER P. FORD, FORD FRIEDMAN LAW FIRM; ATTORNEY TONY T. SMITH, FORD FRIEDMAN LAW FIRM; KIMBERLY B. HOUSE; KASSANDRA LEVAY, CHILD ADVOCACY; TONJA MICHELLE OCHONMA, CHARLES OCHONMA, JUDGE CHRISTINA VASQUEZ HORTICK, JUDGE ROSIE ALVARADO,

    *Defendants*.

## ORDER AND FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decisions. For the reasons stated in the Court's Memorandum Opinion and Orders, (*ECF Nos. 37, 41*), and Order Adopting Report and Recommendations, (*ECF No. 62*), Plaintiff's causes of action have been dismissed. Therefore, the Court issues this Final Judgment pursuant to Fed. R. Civ. P. 58. Plaintiff takes nothing from his causes of action against Defendants.

With the entry of this Order and Final Judgment, the Clerk of Court is **DIRECTED** to close this case.

2

To facilitate timely receipt of this Order, the Clerk of Court is further **DIRECTED** to email a copy of this Order to Martin at:

1) staceybmartin1970@gmail.com

The Clerk of Court is further **DIRECTED** to mail, via certified mail with return receipt requested, a copy of this Order to:

1) Stacey Bernard Martin, 119 Dobbs, San Antonio, Texas 78237

It is so ORDERED.
SIGNED this 10th day of June, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE